IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02749-CMA-MJW

FRAN FRANSIOLI,

    Plaintiff,

v.

NEW CONCEPTS IN MARKETING, INC., a North Carolina corporation,

    Defendant.

---

### ORDER RE: UNOPPOSED MOTION FOR LEAVE TO AMEND SCHEDULING ORDER (DN 18)

---

IT IS HEREBY ORDERED that the Unopposed Motion for Leave to Amend Scheduling Order is GRANTED as follows:

1. Plaintiff shall have up to and including May 13, 2011 in order to designate her expert witnesses.

2. Defendant shall have up to and including June 10, 2011 in order to designate their rebuttal expert witnesses.

BY THE COURT this 21st day of April, 2011.

_____
U.S. District Court Magistrate Judge
Michael J. Watanabe

1