IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02749-~~ZLW~~-MJW  *CMA*

FRAN FRANSIOLI,

    Plaintiff,

v.

NEW CONCEPTS IN MARKETING, INC., a North Carolina corporation,

    Defendant.

---

### ORDER RE: UNOPPOSED SECOND MOTION FOR LEAVE TO AMEND SCHEDULING ORDER
*( Docket No. 23 )*

---

    IT IS HEREBY ORDERED that the Unopposed Second Motion for Leave to Amend Scheduling Order is GRANTED as follows:

    a.   Expert disclosures shall be made on or before June 21, 2011,

    b.   Rebuttal expert disclosures shall be made *by August 8, 2011* ~~within three weeks after the settlement conference conducted herein; and~~

    c.   Deadlines for conducting expert depositions shall be continued through October 20, 2011, ~~the deadline for filing a Final Pretrial Order~~

BY THE COURT this *16* day of *May*, 2011.

*[signature]*
U.S. District Court Magistrate Judge
Michael J. Watanabe

1