IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02749-CMA-MJW

FRAN FRANSIOLI,

    Plaintiff,

v.

NEW CONCEPTS IN MARKETING, INC., a North Carolina corporation,

    Defendant.

---

### ORDER RE: UNOPPOSED THIRD MOTION FOR LEAVE TO AMEND SCHEDULING ORDER ( Docket No. 28 )

---

IT IS HEREBY ORDERED that the Unopposed Third Motion for Leave to Amend Scheduling Order is GRANTED as follows:

1. Discovery Cut-Off date is extended up to and including August 26, 2011 for the limited purposes of conducting depositions;

2. Dispositive Motion deadline is extended up to and including September 12, 2011.

BY THE COURT this 1st day of August, 2011.

_____
U.S. District Court Magistrate Judge
Michael J. Watanabe

1