IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-02749-~~ZLW~~-MJW (CMA)

FRAN FRANSIOLI,

    Plaintiff,

v.

NEW CONCEPTS IN MARKETING, INC.,

    Defendant.

---

### ORDER (DN 39)

---

This matter is before the Court on Defendant New Concepts in Marketing, Inc.'s ("NCiM") Motion for Leave to Amend Scheduling Order. For good cause shown, Defendant's motion is GRANTED and it is hereby ORDERED that the deadline for completion of discovery is extended for the limited purpose of deposing Cindy Moseley, who is identified by Plaintiff as a witness in this action, up to and including September 9, 2011, with all other deadlines in this action to remain the same.

**IT IS SO ORDERED.**

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

August 25, 2011
_____
Date