IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-02749-CMA-MJW

FRAN FRANSIOLI,

    Plaintiff,

v.

NEW CONCEPTS IN MARKETING, INC.,

    Defendant.

---

ORDER REGARDING JOINT MOTION TO
AMEND FINAL PRETRIAL ORDER
(Docket No. 57)

---

This matter is before the Court on the parties' Joint Motion to Amend Final Pretrial Order.

For good cause shown, it is ORDERED that the Joint Motion is GRANTED and that the deadline to exchange trial exhibits is extended up to and including February 17, 2012, and that the deadline to file objections to the same is extended up to and including March 9, 2012.

This the 4TH day of November 2011.

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO